UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICKY F. MADEWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-cv-575-PLC |
| ) | |
| ST. LOUIS COUNTY JUSTICE CENTER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. On August 19, 2020, mail that this Court sent to self-represented plaintiff Ricky F. Madewell was returned without a forwarding address, and plaintiff has not notified the Court of any change in his address. According to the Local Rules of this Court, a self-represented party is required to promptly notify the Clerk of any change in his address or telephone number. E.D.Mo. L.R. 2.06(B). "If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." *Id.*

In this case, more than thirty days have passed since the mail was returned, and plaintiff has not notified the Court of a change of address. The Court will therefore dismiss this action, without prejudice, pursuant to Local Rule 2.06(B). This dismissal will not count as a "strike" for purposes of 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 24th day of September, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE